# PRINS LAW FIRM

October 30, 2015



_**Via Facsimile**_
Keith E. Hottle
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205
(210) 335-2635—Telephone
(210) 335-2762—Facsimile

Re:    04-15-00260-CV; _Kafai Lee v. Kenneth Lau, Connie Andrews, China Rose Management, LLC and China Rose, Ltd._

Dear Mr. Hottle:

On October 30, 2015, Appellees, Kenneth Lau, Connie Andrews, China Rose Management, LLC, and China Rose, Ltd., filed their Motion to Stay Appellate Deadlines Pending Mediation. I write to inform the Court that Appellant, Kafai Lee, does not oppose the relief sought in the motion.

Regards,

William L. McCamish
Attorney for Appellant, Kafai Lee

cc:
Samuel V. Houston, III
(210) 826-0075—Facsimile



# PRINS LAW FIRM

4940 BROADWAY, SUITE 108 / SAN ANTONIO, TEXAS 78209
210.820.0833 / FAX 210.820.0929 / WWW.PRINSLAW.COM

Filing by FAX

| | |
|---|---|
| **RECIPIENT & FAX NO.** | **Keith E. Hottle**<br>**Fourth Court of Appeals**<br>**Cadena-Reeves Justice Center**<br>**300 Dolorosa, Suite 3200**<br>**San Antonio, Texas 78205**<br>**(210) 335-2635--Telephone**<br>**(210) 335-2762--Facsimile**<br><br>**Samuel V. Houston, III**<br>**(210) 826-0075--Facsimile** |
| **DATE** | **Oct. 30, 2015** |
| **DOC. PAGE COUNT** | **2 (including fax cover)** |
| **CASE** | **04-15-00260-CV Lee v Lau** |
| **MESSAGE** | **Response to Appellee's Motion to Stay Appellate Deadlines Pending Mediation** |